UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEUROGENX, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-1187 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MED-I-FIT ENTERPRISES 1, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

A default judgment was entered against Defendant Med-I-Fit Enterprises. The Court has awarded Plaintiff Neurogenx, Inc. $84,151.10 in damages. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 1, 2017                                            /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge